# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: MARY ANN ALDRIDGE §  Case No. 13-34676
§  Hon. JACQUELINE P. COX
§  Chapter 7
§

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $1,575.00 | Assets Exempt: | $7,200.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $5,418.18 | Claims Discharged Without Payment: | $71,442.78 |
| Total Expenses of Administration: | $1,451.86 | | |

3) Total gross receipts of $6,870.04 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,870.04 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,451.86 | $1,451.86 | $1,451.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $76,627.00 | $57,793.96 | $57,593.96 | $5,418.18 |
| **TOTAL DISBURSEMENTS** | $76,627.00 | $59,245.82 | $59,245.82 | $6,870.04 |

4) This case was originally filed under chapter  7  on 08/30/2013 .

The case was pending for     9   months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/16/2014                         By: /s/ ALLAN J. DeMARS
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| non-exempt funds in checking account | 1229-000 | $6,870.04 |
| **TOTAL GROSS RECEIPTS** | | **$6,870.04** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| International Sureties, Ltd. | 2300-000 | N/A | $5.42 | $5.42 | $5.42 |
| Allan J. DeMars | 2100-000 | N/A | $1,437.00 | $1,437.00 | $1,437.00 |
| Allan J. DeMars | 2200-000 | N/A | $9.44 | $9.44 | $9.44 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $1,451.86 | $1,451.86 | $1,451.86 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $517.00 | $517.42 | $517.42 | $48.51 |
| 2 | Discover Bank | 7100-900 | $4,767.00 | $4,767.78 | $4,767.78 | $446.98 |
| 3 | American Express Bank FSB | 7100-900 | $2,635.00 | $2,670.30 | $2,670.30 | $250.34 |
| 4 | eCAST Settlement Corp | 7100-900 | $9,982.00 | $9,982.77 | $9,982.77 | $935.88 |
| 5 | eCAST Settlement Corp | 7100-900 | $17,571.00 | $17,571.06 | $17,571.06 | $1,647.29 |
| 6 | eCAST Settlement Corp | 7100-900 | $5,366.00 | $5,366.82 | $5,366.82 | $503.14 |

UST Form 101-7-TDR (10/1/2010)

| 7 | eCAST Settlement Corp | 7100-900 | $9,971.00 | $10,165.87 | $10,165.87 | $953.05 |
|---|---|---|---|---|---|---|
| 8 | eCAST Settlement Corp | 7100-900 | $6,751.00 | $6,751.94 | $6,751.94 | $632.99 |
| | 3 SCHEDULED CREDITORS WITH NO CLAIM FILED | 7100-900 | $19,067.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $76,627.00 | $57,793.96 | $57,793.36 | $5,418.18 |

UST Form 101-7-TDR (10/1/2010)

EXHIBIT A@ FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No. 13-34676                                                                 Trustee Name:  Allan J. DeMars

Case Name: MARY ANN L. ALDRIDGE                                                   Date Filed (f) or Converted (c): 8/30/13 (F)

For Period Ending: 3/31/15                                                        §341(a) Meeting Date: 10/9/13

                                                                                  Claims Bar Date:   1/10/14-2/26/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | cash | 100.00 | 0.00 | DA | | FA |
| 2 | Chase checking | 923.86 | 0.00 | DA | | FA |
| 3 | Chase checking | 220.36 | 0.00 | DA | | FA |
| 4 | Harris checking(u) | 9,625.82 | 6,870.04 | | 6,870.04 | FA |
| 5 | furniture | 600.00 | 0.00 | DA | | FA |
| 6 | books, pictures | 95.00 | 0.00 | DA | | FA |
| 7 | wearing apparel | 800.00 | 0.00 | DA | | FA |
| 8 | costume jewelry | 180.00 | 0.00 | DA | | FA |
| 9 | pension | unknown | 0.00 | DA | | FA |
| 10 | 1999 Toyota Tacoma | 2,800.00 | 0.00 | DA | | FA |
| 11 | 15 cats | 300.00 | 0.00 | DA | | FA |

TOTALS (Excluding unknown values)                         6,870.04              6,870.04

                                                                              (Total Dollar Amount in Column 6)

:

Initial Projected Date of Final Report (TFR): _____    Current Projected Date of Final Report (TFR):   2/27/14

EXHIBIT "A" – FORM 2

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 13-34676  
Case Name: MARY ANN L. ALDRIDGE  
Taxpayer ID#: XX-XXX6844  
For Period Ending: 3/31/15  

Trustee's Name: Allan J. DeMars  
Bank Name: WELLS FARGO  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: XXXXXX3453  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 10/14/13 | Ref 4 | from debtor | turnover of non-exempt funds in checking account | 1229-000 | 6,870.04 | | 6,870.04 |
| 2/4/14 | Check 1001 | International Sureties, Ltd | bond premium | 2300-000 | | 5.42 | 6,864.62 |
| 4/3/14 | Check 1002 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,437.00 | 5,427.62 |
| 4/3/14 | Check 1003 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 9.44 | 5,418.18 |
| 4/3/14 | Check 1004 | Discover Bank | 726(a)(2); 9.37499% | 7100-900 | | 48.51 | 5,369.67 |
| 4/3/14 | Check 1005 | Discover Bank | 726(a)(2); 9.37499% | 7100-900 | | 446.98 | 4,922.69 |
| 4/3/14 | Check 1006 | American Express Bank FSB | 726(a)(2); 9.37499% | 7100-900 | | 250.34 | 4,672.35 |
| 4/3/14 | Check 1007 | eCAST Settlement Corp. | 726(a)(2); 9.37499% | 7100-900 | | 935.88 | 3,736.47 |
| 4/3/14 | Check 1008 | eCAST Settlement Corp. | 726(a)(2); 9.37499% | 7100-900 | | 1,647.29 | 2,089.18 |
| 4/3/14 | Check 1009 | eCAST Settlement Corp. | 726(a)(2); 9.37499% | 7100-900 | | 503.14 | 1,586.04 |
| 4/3/14 | Check 1010 | eCAST Settlement Corp. | 726(a)(2); 9.37499% | 7100-900 | | 953.05 | 632.99 |
| 4/3/14 | Check 1011 | eCAST Settlement Corp. | 726(a)(2); 9.37499% | 7100-900 | | 632.99 | 0.00 |
| | | | COLUMN TOTALS | | 6,870.04 | 6,870.04 | 0.00 |
| | | | Less: Bank transfers/CD Subtotal | | | | |
| | | | Less: Payments to debtor(s) | | | | |
| | | | Net | | 6,870.04 | 6,870.04 | 0.00 |

|  | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS |  |  |  |
| Checking# XXXXXX3453 | 6,870.04 | 6,870.04 | 0.00 |
| Money Market # |  |  |  |
| Savings # |  |  |  |
| CD #CDI |  |  |  |
| Net | 6,870.04 | 6,870.04 | 0.00 |
|  | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |